IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

UNITED STATES                                                                                          PLAINTIFF

V.                                              NO. 4:15CR00169-03 JM

MACHELE NEWBERN                                                                                  DEFENDANT

## ORDER

Pending before the Court is the Government's Motion for Revocation of Release and for Summons (Doc. 68). For good cause shown, the request for issuance of summons is GRANTED. The Clerk is directed to issue summons to defendant Machele Newbern for appearance at a hearing before Magistrate Judge Patricia S. Harris on July 29, 2016, at 10:00 a.m. to show cause why his release should not be revoked.

IT IS SO ORDERED this 13th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE